■ In the Matter of MARY KELLY, Respondent, v. MICHAEL PAPPA, Appellant.— In a proceeding pursuant to section 122 of the Domestic Relations Law, the defendant appeals from an order of filiation and support made by the Children's Court of Nassau County, on June 16, 1960, after a nonjury trial. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.